FORM B5
(12/03)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| District of Connecticut | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| The Kent Golf Club, LLC | |

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) 16-666/600 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 71 Bulls Bridge Road Kent, CT 06757 | MAILING ADDRESS OF DEBTOR (If different from street address) 151 Christy Hill Road Darien, CT 06820 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Litchfield | 04-35826 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
71 Bulls Bridge Road, Kent, CT 06757

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7   ☒ Chapter 11                                      #8394  542065

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual          ☐ Stockbroker
☐ Partnership         ☐ Commodity Broker
☐ Corporation         ☐ Railroad
☐ Other:

BRIEFLY DESCRIBE NATURE OF BUSINESS and New Milford
Owns real estate in Kent, CT on which The Bulls Bridge Golf Club, Inc.'s facilities are located.

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ☒ Full Filing Fee attached |
| ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304 (g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition
(6/92)

Name of Debtor: The Kent Golf Club, LLC

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ TREASURER LBG, Inc.
Signature of Petitioner or Representative (State title)

Name of Petitioner: Leggett, Brashears & Graham, Inc.
Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity: William H. Bittner

X _[signature]_ Stephen P. Wright  12/17/04
Signature of Attorney    Date
Stephen P. Wright    CT Bar # 02255
Name of Attorney Firm (If any): Harlow, Adams & Friedman, P.C.
Address: 300 Bic Drive, Milford, CT 06460
Telephone No. 203-878-0661

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Leggett, Brashears & Graham, Inc. 126 Monroe Turnpike, Trumbull, CT 06611 | consulting | $199,150.00 |
| | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Clear Form    _____ continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor __The Kent Golf Club, LLC__

Case No. _____
                                    (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

| | |
|---|---|
| X _[signature]_ | X _Stephen P. Wright 12/17/04_ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| __Emil Teri__            __12/17/04__ | __Stephen P. Wright   Ct. Bar # 02255__ |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | Harlow, Adams & Friedman, P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address 300 Bic Drive, Milford, CT 06460 |
|  | Telephone No. 203-878-0661 |
| X_____ | X_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |
| X_____ | X_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Emil Teri<br>3 Adams Hill Lane, Newtown, CT 06470 | relocation expenses | $20,643.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

Clear Form    _____ continuation sheets attached

FORM 5 Involuntary Petition (6/92)

Name of Debtor __The Kent Golf Club, LLC__

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)
Liberta Bros., Inc.
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _[signature]_   12/17/04
Signature of Attorney           Date
Name of Attorney Firm (If any)
Harlow, Adams + Friedman
Address  300 Bic Drive
Milford CT 06460
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney           Date
Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney           Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Liberta Bros., Inc. PO Box 541 Lang RD Pine Plains NY 12567 | Site Contractor | $30,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

[Clear Form]   _____continuation sheets attached