

FILED
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF CT

05 JAN 14 PM 3: 03

NEW HAVEN DIVISION

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVE DIVISION

In Re: The Kent Golf Club, LLC    : Case No.: 04-35826

: Chapter 11

Debtor    : January 13, 2005


### MOTION FOR APPOINTMENT OF A TRUSTEE

The Petitioning Creditors, **EMIL TERI, LEGGETTE, BRASHEARS & GRAHAM, Inc. and LIBERTA BROS., INC.** hereby move for the appointment of a trustee in this case pursuant to 11 USC §1104 and would respectfully show the following:

(1)    The movants are petitioning creditor in the above-captioned case wherein Kent Golf Club, LLC is the alleged Debtor.

(2)    Upon the commencement of this case the Debtor owned real estate in the towns of Kent and Litchfield upon which a golf course is located.

(3)    No trustee of the property of said Debtor has been appointed and the Debtor has continued to be in possession of its property.

(4)    Upon information and belief the Debtor in now operating its business and managing its property.

(5)    The continuance of said Debtor in possession is not in the best interest of the estate.

(6) Upon information and belief there is a management dispute among competing parties for control of the Debtor and its operations. The nature of the dispute is such that the management of the Debtor is ineffective, costly and possibly being run by a party that is also a creditor of the alleged debtor.

(7) An investigation of the acts, conduct, property, liabilities and financial condition of the Debtor, the operations of its business, the desirability of the continuance thereof and all other matters relative to this proceeding is necessary and only a person with power of a trustee can effectively make such an investigation and act in the best interest of creditor.

WHEREFORE, the Petitioning Creditors pray that a trustee of the property of the debtor be appointed and that they have such other and further relief as is just.

PETITIONING CREDITORS,

BY _____
Stephen P. Wright
HARLOW, ADAMS & FRIEDMAN, P.C.
300 BIC DRIVE
MILFORD, CT 06460
(203) 878-0661
FED. BAR NO.: CT 02255

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Motion and proposed Order were mailed postage prepaid this date to:

John F. Carberry, Esq.
Counsel for Debtor
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Robert C. Reichert
Reid and Reige, P.C.
One Financial Plaza, 21st Floor
755 Main Street
Hartford, CT 06103

Jessica Gossarth
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601

                                                         _____
                                                         Stephen P. Wright, Esq.

H:\Clients\Kent Golf\Motion for Appointment.wpd