FILED
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF CT

05 JAN 14 PM 3: 03

NEW HAVEN DIVISION

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In Re:  The Kent Golf Club, LLC          :  Case No.: 04-35826

                                         :  Chapter 11

        Debtor                           :  January 13, 2005

### MOTION TO ADD PETITIONING CREDITORS

Counsel for Petition Creditors, **EMIL TERI,   LEGGETTE, BRASHEARS &**

**GRAHAM, Inc. and LIBERTA BROS., INC.** hereby moves to add the following

petitioning creditors to the Involuntary Petition filed December 17, 2004:

(1)     David Ambrose
        **77 Bayberry Lane**
        Westport, CT 06880

        Nature of Claim: Loan
        Claim: $200,000.00

(2)     A Royal Flush, Inc.
        Robert Jennings, Sales Manager
        P.O. Box 3126
        Bridgeport, CT 06605

        Nature of Claim: Service - Portable Toilets
        Claim: $1,357.00

Neither the original petitioning creditors – Emil Teri, Leggette, Brashears & Graham, Inc., and Liberta Bros., Inc. (hereafter, the "Movants") –, nor counsel for the Movants acting upon their behalf, have standing to "move to add" to this involuntary bankruptcy case other petitioning creditors, i.e., David Ambrose, A Royal Flush, Inc., and/or Auriga Capital Corp. (hereafter, the "New Petitioning Creditors"). However, noting that relief has not been ordered in this case, that counsel for the Movants is also counsel for the New Petitioning Creditors, and it appearing that the New Petitioning Creditors seek to join in the petition (and treating the motion as such a request), **IT IS HEREBY ORDERED** that the New Petitioning Creditors may join in the petition with the same effect as if they were original petitioning creditors under Bankruptcy Code Section 303(b).

Albert S. Dabrowski  1/21/2005

**ALBERT S. DABROWSKI**
CHIEF UNITED STATES BANKRUPTCY JUDGE

# 14