Form ntchrgbkNH

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Kent Golf Club, LLC
      Debtor(s)

Bankruptcy Proceeding No.: 04–35826
Chapter: 11
Judge: Albert S. Dabrowski

## NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510

on 2/16/05 at 10:00 AM

to consider and act upon the following:

*1* – Chapter 11 Involuntary Petition filed against Kent Golf Club, LLC, Alleged Debtor. Filed by Stephen P. Wright on behalf of Leggette, Brashears & Graham, Inc., Liberta Bros.Inc., Emil Teri Petitioning Creditors,. (Comstock, Susan)

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a nonevidentiary hearing and, further,** that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 2/4/05

*Deborah S. Hunt* (signature)

Clerk, U.S. Bankruptcy Court