# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Kent Golf Club, LLC
    Debtor(s)

Bankruptcy Proceeding No.: 04–35826
Chapter: 11
Judge: Albert S. Dabrowski

## NOTICE OF HEARING

**The Peitioning Creditors has filed papers with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510

on 3/2/05 at 10:00 AM

to consider and act upon the following:

*35* – Motion To Add Petitioning Creditor, Holbert Explosives, Inc. Filed by Stephen P. Wright on behalf of Leggette, Brashears & Graham, Inc., Liberta Bros.Inc., Emil Teri, Petitioning Creditors. (Schulte, Richard)

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a nonevidentiary hearing and, further,** that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 2/15/05

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

NOTICE OF HEARING INSTRUCTION SHEET

(a) Document Id. Number

A Document Id. Number is provided in the Notice of Hearing accompanying these instructions. All subsequent pleadings and other papers relating to the matter, including objections or other responses, proposed orders, and certifications of service shall include that Document Id. Number.

(b) Limited Court Time

If any party determines that an evidentiary hearing is necessary or that more than 10 minutes of court time will be needed, that party shall notify the court and all other parties to the matter no later than two business days before the date scheduled on the Notice of Hearing.

(c) Continuance

Unless otherwise provided by order of this court, a hearing scheduled by the Notice of Hearing may be continued only if such request is received by the Clerk's Office at least two business days prior to the scheduled hearing and a representation is made at that time that all interested parties have consented to such a continuance.

(d) Service

The party filing the matter shall immediately serve the following upon all parties entitled thereto and shall certify service thereof:
   (1) a copy of the matter
   (2) a copy of the Notice of Hearing
   (3) these instructions
   (4) a proposed order

(e) Certification of Service

The certification of Service required by paragraph (d) shall be signed and dated and shall state the name and addresss of each party served together with an identification of the relationship of such party to the matter and that there has been full compliance with paragraph (d).