## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

In re:  THE KENT GOLF CLUB, LLC,       Chapter 11 (Involuntary)
                Alleged Debtor

Case No. 04-35826 (ASD)

## ORDER LIMITING TIME AND SHORTENING NOTICE OF AND EXPEDITING THE HEARING ON THE ALLEGED DEBTOR'S MOTION TO SUSPEND PURSUANT TO 11 U.S.C. § 305(A)(1)

Upon the Alleged Debtor's Motion for an Order Limiting Time and Shortening Notice of and Expediting the Hearing on the Alleged Debtor's Motion to Suspend Proceedings Pursuant to 11 U.S.C. § 305(a)(1) (the "Motion to Suspend"), and good and sufficient cause having been shown to limit time and shorten notice and expedite the hearing on the Motion to Suspend, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The hearing (the "**Hearing**") in respect of the Motion to Suspend shall be held on ~~February~~ March 7, 2005 at 10:00 a.m. before the Honorable Albert S. Dabrowski in the United States Bankruptcy Court for the District of Connecticut, New Haven Division, 157 Church Street, 18th Floor, New Haven, Connecticut 06510.

2. The Motion to Suspend, any papers filed in support of the Motion to Suspend and this order shall be served upon the Petitioning Creditors herein, the Office of the

United States Trustee and all counsel of record via facsimile or overnight courier service for

receipt on or before February 17, 2005.


Dated: New Haven, Connecticut
     February 16, 2005

                               Hon. Albert S. Dabrowski
                               Chief United States Bankruptcy Judge


2090533_1.doc 2/15/2005