## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

In Re: The Kent Golf Club, LLC     : Case No.: 04-35826

                                                        : Chapter 11

Debtor                                    : RE: Doc ID No. 35

### ORDER GRANTING MOTION TO ADD PETITIONING CREDITOR

The foregoing Motion to Add Petitioning Creditors having been presented to the Court, it is hereby ORDERED: GRANTED

Dated this 2nd day of March, 2005.

BY THE COURT,

*[signature]*
ALBERT S. DABROWSKI
CHIEF UNITED STATES BANKRUPTCY JUDGE