UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

In re:                                     )    Chapter 11
                                           )
THE KENT GOLF CLUB, LLC,                   )    Case No. 04-35826 (ASD)
                                           )
            Alleged Debtor                 )    Re: Doc. I. D. No. 41

---

## BRIEF MEMORANDUM OF DECISION AND ORDER
## FOLLOWING STATUS CONFERENCE

The instant case was commenced by the December 17, 2004 filing of an involuntary petition against The Kent Golf Club, LLC, the Alleged/Involuntary Debtor (hereafter, the "Debtor"). On March 11, 2005, this Court issued an <u>Order Granting Alleged Debtor's Motion for Suspension of All Proceedings Under 11 U.S.C. § 305(a) (Docket ID # 41)</u> (hereafter, the "Suspension Order") which, *inter alia*, suspended all proceedings in this case until May 6, 2005, subject to a Status Conference scheduled for April 6, 2005, at which:

> it shall be the Debtor's burden to establish to the Court's satisfaction that the Debtor has made *substantial progress* in implementing the out-of-court workout described in Court at the hearing held on March 7, 2005, and that the Debtor's *reasonable likelihood of success* in achieving said workout has *significantly increased in a meaningful way* since the hearing held on March 7, 2005.

Suspension Order at p. 2 (emphasis added).

Upon consideration of the <u>Status Report of the Kent Golf Club, LLC, Regarding Efforts During Suspension Period</u> (filed April 5, 2005), the evidence presented at the Status Conference, and the arguments of the parties, the Court finds that the Debtor has (i) established the requisite "substantial progress" and (ii) "significantly increased in a meaningful way" its "reasonable likelihood of success", and therefore,

**IT IS HEREBY ORDERED** that the Suspension Order shall remain in full force and effect with all proceedings in this case remaining in suspension through and including May 6, 2005.

BY THE COURT

DATED: April 7, 2005

Albert S. Dabrowski    4/7/05
Chief United States Bankruptcy Judge