Form orlf11

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Kent Golf Club, LLC

Case No.: 04-35826
Chapter: 11

Debtor(s)
Social Security No.:
Employer Tax I.D. No.: 16-6661600

## ORDER FOR RELIEF UNDER CHAPTER 11

On consideration of the involuntary petition filed on 12/17/04 against the above named debtor, an order for relief under chapter 11 of the Bankruptcy Code (Title 11 the United States Code) is granted.

Dated: MAY 09 2005

Albert S. Dabrowski
Chief United States Bankruptcy Judge     5/9/05