**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re | **CHAPTER 11** |
| **KENT GOLF CLUB, LLC,** | Case No. 04-35826 (ASD) |
| Debtor. | |

**UNITED STATES TRUSTEE STATEMENT TO APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**TO THE HONORABLE ALBERT S. DABROWSKI, CHIEF U.S. BANKRUPTCY JUDGE:**

The United States Trustee for the District of Connecticut ("UST") respectfully submits this statement regarding the following application for compensation. The UST has no objection to an award of fees and expenses in the amounts requested less the following voluntary reductions.

| Applicant | Fees | Expenses |
|---|---|---|
| Harlow, Adams & Friedman & Petitioning Creditors (Doc. 132) | | |
| Amount Requested This Application | $ 65,515.25 | $ 1,878.00 |
| Less Voluntary Reduction | $ 18,785.00 | $   879.00 |
| Amount Approved This Application | $ 46,730.25 | $   999.00 |

Dated:  New Haven, Connecticut
        August 5, 2005

Respectfully submitted,
DEIRDRE A. MARTINI
UNITED STATES TRUSTEE/Region 2

By: /s/ Holley L. Claiborn
    Holley L. Claiborn/ct 17216
    Trial Attorney
    One Century Tower
    265 Church Street, Suite 1103
    New Haven, CT 06510-7016
    (203) 773-2210