| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF CONNECTICUT<br>NEW HAVEN DIVISION | Hearing Date: 01/04/05<br>Hearing Time: 10:00 a.m. |

In re                                                              Chapter 11

**KENT GOLF CLUB, LLC,**                        Case No. 04-35826 (ASD)

          **Debtor-in-possession.**

### UNITED STATES TRUSTEE'S STATEMENT IN OPPOSITION TO APPROVAL OF THE DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT AND DEBTOR'S MOTION TO EXPEDITE CONSIDERATION OF ITS SECOND AMENDED PLAN OF REORGANIZATION

      The United States Trustee (hereinafter "UST"), respectfully objects to the approval of the Debtor's Second Amended Disclosure Statement. In support of her objection, the UST, through her undersigned counsel, states:

      1.    Kent Golf Club, LLC (hereinafter "Debtor") has been either an involuntary or a voluntary debtor-in-possession since December 17, 2005. During that period, the Debtor was obligated to file twelve (12) Monthly Operating Reports (hereinafter "MOR").

      2.    The Debtor has failed to file a single MOR during the pendency of its bankruptcy case.

      3.    The MORs, which the Debtor failed to file, would have contained information concerning the Debtor's financial condition which is important for creditors to consider when deciding whether or not each should vote in favor of the Debtor's proposed Second Amended Plan of Reorganization. The information which the MORs would have contained should be available to augment and confirm the information contained in the Debtor's proposed Second Amended Disclosure Statement in order to allow creditors to form a more complete perfect picture of the Debtor's financial condition, especially since the commencement of its bankruptcy proceeding.

4.Without the Debtor's missing MORs, the UST contends that creditors cannot rely upon the Debtor's Second Amended Disclosure Statement alone as providing sufficient information to allow creditors to make an informed decision regarding their voting on the Debtor's Second Amended Plan of Reorganization.

WHEREFORE, the UST respectfully requests that the Court DENY approval of the Debtor's Second Amended Disclosure Statement until such time as the Debtor files all of its delinquent MORs and the information contained therein can be compared with that in the Second Amended Disclosure Statement, and grant such other relief as is just and appropriate.

| | |
|---|---|
| Dated: New Haven, Connecticut<br>January 4, 2005 | RESPECTFULLY SUBMITTED:<br>DEIRDRE A. MARTINI<br>UNITED STATES TRUSTEE/REGION 2 |
| By: | /s/ Steven E. Mackey<br>_____<br>Steven E. Mackey/ct09932<br>Trial Attorney<br>One Century Tower, Suite 1103<br>265 Church Street<br>New Haven, CT   06510<br>(203) 773-2210 |