**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

**In re:**

| | |
|---|---|
| **KENT GOLF CLUB, LLC.** | **Chapter 11** |
| | **Case No.: 04-35826(ASD)** |
| **Debtor.** | |

**UNITED STATES TRUSTEE'S STATEMENT CONCERNING
CONFIRMATION OF DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION**

**TO THE HON. ALBERT S. DABROWSKI, CHIEF U. S. BANKRUPTCY JUDGE:**

The United States Trustee (hereinafter "UST") respectfully states the following concerning the confirmation of the Debtor's Third Amended Plan of Reorganization ("Plan"):

1. The Debtor has not filed a monthly operating report ("MOR") for the month of January 2006, which is due on or before February 20, 2006.

2. The MORs filed for the months of December 2004 through December 2005 are deficient insofar as they fail to disclose funds disbursed by third parties on behalf of the Debtor, including funds for such items as maintenance of the golf course. The undersigned has discussed the deficiencies with counsel for the Debtor on several occasions. Despite repeated assurances that the MORs would be revised to reflect additional disbursements, no revised MORs have been filed.

3. The Debtor has failed to pay <u>any</u> quarterly fees required by 28 U.S.C § 1930. At a minimum, based upon the deficient MORs filed to date, the Debtor owes $4,000.00 (including the minimum amount of $250.00 for the first quarter of 2006). The UST estimates that the

Debtor may owe as much as $5,000.00 through the first quarter of 2006. Without accurate MORs, the UST cannot determine the correct amount of outstanding quarterly fees.

    4. The UST notes that the Plan operates to release non-debtor third parties in Articles X and XII. This is beyond the purview of 11 U.S.C. § 524 and should not be permitted.

    WHEREFORE, in light of the foregoing, the Plan should not be confirmed.

Dated: February 17, 2006
    New Haven, Connecticut

Respectfully submitted,
DEIRDRE A. MARTINI
UNITED STATES TRUSTEE/Region 2
District of Connecticut

/s/ Holley L. Claiborn
Holley L. Claiborn/ct17216
Trial Attorney
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016
(203) 773-2210