UNITED STATES BANKRUPTCY COURT
FOR THE STATE OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| Kent Golf Club, LLC | : | Case No. 04-35826 (ASD) |
| | : | |
| | : | Re: Doc. I.D. No. 447 |
| | : | |

ORDER APPROVING APPLICATION OF ACCOUNTANTS
FOR COMPENSATION

After due notice to parties in interest, there came on for hearing Blum Shapiro Litigation Consulting Group, LLC's Application of Accountants for Compensation. After considering the Application, and there being no objection thereto, it is hereby

ORDERED that the sum of $1,470.00 for services rendered by Blum Shapiro Litigation Consulting Group, LLC is allowed as compensation; and the Debtor is authorized to pay same to Blum Shapiro Litigation Consulting Group, LLC subject to adjustment and disgorgement.

Dated: April 21, 2006                                BY THE COURT

                                                    Albert S. Dabrowski
                                                    Chief United States Bankruptcy Judge

U.S.T. Statement of No Objection doc. I.d. no. 473