# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| The Kent Golf Club, LLC | : | CASE NO.: 04-35826 |
| Debtor | : | Re: Doc. I.D. No. 457 |

## ORDER AUTHORIZING FIRST INTERIM ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First Interim Application of Harlow, Adams & Friedman, P.C., counsel for the Official Unsecured Creditor's Committee herein, for allowance of payment of compensation, and after due notice the Court hereby:

ORDERED, that the law firm of Harlow, Adams & Friedman, P.C. be and hereby is allowed compensation in the total sum of **$77,270.75** and it is further;

ORDERED, any fees and expenses paid pursuant to this Order are subject to appropriate disgorgement and/or adjustment in the event administrative claims are not paid in full in these proceedings.

Dated: April 21, 2006                                                BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge

U.S.T. Statement of No objection doc. I.d. no. 473