## SARD REPORT

DOCKET # _O4 - 35826_

IN RE: _Kent Golf Club LLC_

1. $ _142,238.52_ GROSS CASH RECEIPTS

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

FEES AND EXPENSES

2. $ _5,850.22_ TRUSTEE COMPENSATION
              (All chapters)

3. $ _—_ FEE FOR ATTORNEY FOR TRUSTEE

4. $ _208,039.57_ OTHER PROFESSIONAL FEES AND ALL EXPENSES
              (Include fee for Attorney for Debtor)

DISTRIBUTIONS

5. $ _O_ SECURED CREDITORS

6. $ _O_ PRIORITY CREDITORS

7. $ _O_ UNSECURED CREDITORS

8. $ _O_ EQUITY SECURITY HOLDERS

9. $ _O_ OTHER DISTRIBUTIONS (include payments to debtor)

_O_

$ _213,889.79_ TOTAL DISBURSEMENTS
              (Sum of items 2 through 9 should equal gross cash receipts)

2:34 PM
09/12/08
Cash Basis

Page 1

## Kent Golf Club, LLC
## Profit & Loss
### March 13, 2006 through August 31, 2008

| | Mar 13, '06 - Aug 31, 08 |
|---|---|
| **Income** | |
| 4000 · Membership Sales | 102,000.00 |
| **Total Income** | 102,000.00 |
| **Expense** | |
| 6200 · Advertising | 246.00 |
| 6000 · Commissions | 49,200.00 |
| **Administrative Expenses** | |
| 6125 · Filing Fees | 30.00 |
| 6160 · US Trustee Fee | 5,850.22 |
| 6175 · Management Fee | 7,000.00 |
| 6100 · Legal | 50,335.73 |
| Administrative Expenses - Other | -40,238.52 |
| **Total Administrative Expenses** | 22,977.43 |
| 6300 · Printing/Production | 2,335.50 |
| 6350 · Graphic Design | 449.95 |
| 6500 · Office Supplies | 94.21 |
| 6550 · Postage | 53.09 |
| 6600 · Meals & Entertainment | 157.29 |
| 6650 · Annual Dues Reimbursements | 14,912.58 |
| 6675 · Office/Furniture Rent | 1,749.00 |
| **6700 · Golf/Travel Consultants** | |
| 6710 · Consultants Reimburseable Exp | 2,572.98 |
| 6700 · Golf/Travel Consultants - Other | 77,634.06 |
| **Total 6700 · Golf/Travel Consultants** | 80,207.04 |
| 6750 · Mileage Reimbursement | 51.25 |
| 6800 · Subcontractors - Bookkeeping | 890.00 |
| 6900 · Bank Charges | 327.93 |
| **Total Expense** | 173,651.27 |
| **Net Income** | -71,651.27 |